**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-2003**

_____

CURTISS DAVIS, III,

　　　　　　Plaintiff - Appellant,

　　　　v.

PEDRO BONILLA; EL CARBONERO, LLC,

　　　　　　Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Rossie David Alston, Jr., District Judge.  (1:20-cv-00992-RDA-WEF)

_____

Submitted:  February 16, 2023　　　　　　　　　Decided:  February 21, 2023

_____

Before GREGORY, Chief Judge, RUSHING, Circuit Judge, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Curtiss Davis, III, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Curtiss Davis, III, appeals the district court's order accepting the recommendation of the magistrate judge, denying Davis' motion for default judgment, and denying Davis' other pending motions.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Davis v. Bonilla*, No. 1:20-cv-00992-RDA-WEF (E.D. Va. Aug. 19, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

* We observe that Davis' informal brief does not address the other rulings in either the appealed-from dispositive order or in any of the court's earlier orders. Because we limit our review to the issues raised in an appellant's informal brief, *see* 4th Cir. R. 34(b), Davis has forfeited appellate review as to these rulings, *see Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief.").

2